**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2933 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 91 DB 2021 |
| | : | |
| | : | Attorney Registration No. 40997 |
| v. | : | |
| | : | (Allegheny County) |
| | : | |
| RICHARD HULINGS LUCIANA, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of March, 2023, upon consideration of the Report and Recommendations of the Disciplinary Board, Richard Hulings Luciana is suspended from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).